# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Supervised Release) |
| JOSEPH MORGAN ROGERS, JR. | Case Number: 8:98-cr-89-T-23EAJ |
| | USM Number: 22673-018 |
| | Defendant's Attorney: Alec Hall, fpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through eight of the May 1, 2007, petition (Doc. 80).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Failure to submit written monthly reports | 07/05/06 |
| Two | Failure to notify ten days prior to any change of residence | 06/09/06 |
| Three | Positive urinalysis (cocaine and methamphetamine) | 06/08/06 |
| Four | Failure to follow instructions of probation officer | 06/09/06 |
| Five | Alleged new criminal conduct while on supervision (possession of handcuff key) | 10/16/06 |
| Six | Alleged new criminal conduct while on supervision (possession of a firearm by convicted felon) | 10/16/06 |
| Seven | Alleged new criminal conduct while on supervision (possession of firearms by convicted felon) | 10/16/06 |
| Eight | Alleged new criminal conduct while on supervision (trafficking in methamphetamine) | 10/16/06 |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 24, 2007
Date of Imposition of Sentence

_Steven D. Merryday_
UNITED STATES DISTRICT JUDGE

September 25th, 2007
Date

DEFENDANT: JOSEPH MORGAN ROGERS, JR.  Judgment - Page 2 of 3
CASE NUMBER: 8:98-cr-89-T-23EAJ

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **thirty (30) months to run concurrently with the term of imprisonment imposed in Case No. 8:07-cr-91-T-27EAJ, United States District Court for the Middle District of Florida.**

____ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m. p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No term of supervised release is imposed.